IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DANIEL LUNA,

      Petitioner,

v.                                                                    Case No.  5D16-4053

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed March 17, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Daniel Luna, Wewahitchka,  pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the September 30, 2015 judgment and sentence in Case No. 2015-CF-003085-A-0, in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).


PETITION GRANTED.


COHEN, C.J., ORFINGER and WALLIS, JJ., concur.